IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-00168-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHONTEZ A. BARNES, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. The hearing in this revocation of supervised release case was previously continued to the August 29, 2016 term of court because Defendant's charges in Wilson County, North Carolina had not been resolved.[1] The court has been advised that the charges in Wilson County remain pending. If this is the case, defense counsel needs to promptly move to continue the case to another term of court.[2]

SO ORDERED.

This, the 11 day of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] It is the court's recollection that Defendant moved for the case to be continued.

[2] Defense counsel is advised that "[m]otions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court **at least seven (7) business days prior to the beginning of a session**, absent exigent circumstances." *Practice Preferences for the Honorable Senior United States District Judge James C. Fox*, http://www.nced.uscourts.gov/judges/foxpref.aspx. (emphasis added).